47

United States District Court
Southern District of Texas
ENTERED

AUG 0 7 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

AUG 0 6 1998

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ESMERALDA TREVIÑO | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | B-96-211 |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| | § | |
| Defendant | § | |

**ORDER GRANTING DEFENDANT'S**
**UNOPPOSED MOTION FOR CONTINUANCE**

On this _6_ day of _August_, 1998, came on to be considered Defendant's

Unopposed Motion for Continuance in the above-entitled and numbered cause. The Court, after

considering the pleadings and arguments of counsel, is of the opinion that such Motion should be

granted.

IT IS FURTHER ORDERED that the Defendant's Unopposed Motion for Continuance is

hereby GRANTED and the trial in the above-entitled and numbered cause be removed from its

present ~~trial setting~~ Jury Selection of **October 2, 1998** and reset for the earliest available date in **November of 6**

**1998**.

SIGNED this _6_ day of _August_ 1998.

JUDGE PRESIDING