*51*

United States District Court
Southern District of Texas
ENTERED

MAR 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ESMERALDA TREVIÑO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-96-211 |
| § | |
| BROWNSVILLE INDEPENDENT § | |
| SCHOOL DISTRICT, § | |
| § | |
| Defendant. § | |

## JUDGMENT

BE IT REMEMBERED that on March 21, 2000, the Court, having granted a motion for summary judgment by Defendant BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, ORDERED that Plaintiff ESMERALDA TREVIÑO take NOTHING from Defendant and all claims against Defendant are DISMISSED with prejudice.

DONE at Brownsville, Texas, this 21st day of March 2000.

Hilda G. Tagle
United States District Judge